164

GALLO, APPELLEE, *v.* TRAKAS, APPELLANT, ET AL.

[Cite as *Gallo v. Trakas* (2000), 90 Ohio St.3d 164.]

(Nos. 00–403 and 00–482—Submitted August
22, 2000—Decided October 11, 2000.)

---

*Crabbe, Brown, Jones, Potts & Schmidt, Daniel J. Hurley* and *Steven E. Miller,* for appellant.

---

The judgment of the court of appeals is affirmed on the authority of *Johnson v. Rhodes* (2000), 89 Ohio St.3d 540, 733 N.E.2d 1132.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.